# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GLORIA ROSSITER, SUSAN SEDLAR, and MARY SCHNEIDER,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHLAND GROUP, INC.,<br><br>Defendant. | Case No. 18-CV-134-JPS<br><br><br>**ORDER** |

On April 16, 2018, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice. (Docket #11). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 17th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge